# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

     Printing House LLC,

           Debtor.

Case No. 22-13311-mdc

Chapter 7

## Praecipe to Close Case

To the Clerk of Court:

     Please close this case. Thank you.

Date: March 22, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
     Michael A. Cibik (#23110)
     1500 Walnut Street, Suite 900
     Philadelphia, PA 19102
     215-735-1060
     mail@cibiklaw.com